MARY A. PECKHAM et al., Respondents, *v.* THE DUTCHESS
COUNTY RAILROAD COMPANY, Appellant.

(Argued October 9, 1893; decided October 24, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered
upon an order made July 28, 1892, which affirmed a judg-
ment in favor of plaintiffs entered upon a decision of the court
on trial at Special Term.

*Milton A. Fowler* for appellant.

*C. B. Herrick* for respondents.

Agree to affirm on opinion below.
All concur except ANDREWS, Ch. J., EARL and GRAY, JJ.,
dissenting.
Judgment affirmed.